IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

| | |
|---|---|
| William P. Battles,        ) | No.: A-CV-23-77 |
|            ) | |
|            Appellant,   ) | ORDER OF |
|            ) | DISMISSAL (WITH PREJUDICE) |
|         vs.        ) | |
|            ) | |
| Raymond Tso, Acting Chief   ) | |
| Prosecutor of the Navajo Nation,   ) | |
| et al.,            ) | |
|            ) | |
|            Appellee.   ) | |
|            ) | |

The Motion for Dismissal, filed the 7th day of February, 1978, having been received and considered.

IT IS HEREBY ORDERED that the above matter DISMISSED with PREJUDICE.

Dated this 10th day of February, 1978.

Marie F. Neswood

Acting Chief Justice Of The Navajo Nation